| | |
|---|---|
| 1 | VICK LAW GROUP, APC |
| |   Scott Vick (SBN 171944) |
| 2 | 800 West Sixth Street, Suite 1220 |
| | Los Angeles, California 90017 |
| 3 | Telephone: (213) 784-6227 |
| | Facsimile: (213) 784-6226 |
| 4 | E-Mail: scott@vicklawgroup.com |

Attorneys for Plaintiff
HANNAFORD ENTERPRISES, LLC

SPIERING, SWARTZ & KENNEDY
  Andrew Swartz (SBN 58429)
550 Hartnell Street
Monterey, CA 93940
Telephone: (831) 373-3235
Facsimile: (831) 373-8211
E-Mail: ahsawrtz@aol.com

Attorneys for Defendant
ROBERT R. WEAKLEY

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HANNAFORD ENTERPRISES, LLC, a Delaware limited liability company,<br><br>               Plaintiff,<br><br>  v.<br><br>ROBERT R. WEAKLEY, an individual, and INDUS HOLDING COMPANY, a Delaware corporation,<br><br>               Defendants. | CASE NO.: 16-cv-04048-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1     TO THE CLERK OF THE ABOVE ENTITLED COURT:

2     The undersigned counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties have agreed to participate in Private ADR. The parties will continue to meet and confer in selecting a mediator for the private mediation.

    The parties agree to hold the ADR session by the presumptive deadline of 90 days from the date of the order referring the case to ADR unless otherwise ordered by this Court.

Dated: October 5, 2016          Respectfully submitted,

VICK LAW GROUP, APC

             */s/ Scott Vick*
             SCOTT VICK

SCOTT VICK (Bar No. 171944)
(scott@vicklawgroup.com)
800 W. 6th Street, Suite 1220
Los Angeles, CA 90017
Tel:   (213) 784-6225
Fax:   (213) 784-6226

*Attorneys for Plaintiff*
*HANNAFORD ENTERPRISES, LLC*

Dated: October 5, 2016          SPIERING, SWARTZ & KENNEDY

             */s/ Andrew. H. Swartz*
             ANDREW H. SWARTZ

ANDREW H. SWARTZ (Bar No. 58429)
(ahswartz@aol.com)
550 Hartnell Street
Monterey, CA 93940
Tel:   (831) 373-3235
Fax:   (831) 373-8211

*Attorneys for Defendant*
*ROBERT WEAKLEY*

STIPULATION AND [PROPOSED]      – 1 –      CASE NO.: 16-cv-04048-LHK
ORDER SELECTING ADR PROCESS

| | |
|---|---|
| Dated: October 5, 2016 | BERLINER COHEN, LLP |

                                        /s/ *Frank R. Ubhaus*
                                        FRANK R. UBHAUS

FRANK R. UBHAUS (Bar No. 46085)
(frank.ubhaus@berliner.com)
Ten Almaden Boulevard, Eleventh Floor
San Jose, CA 95113-2233
Tel: (408) 286-5800
Fax: (408) 998-5388

*Attorneys for Defendant*
*INDUS HOLDINGS COMPANY*

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

/s/*Scott Vick*

## [PROPOSED] ORDER

   X    IT IS SO ORDERED.

          IT IS SO ORDERED WITH MODIFICATIONS:

_____
_____.

Dated: October 5, 2016

                                          Hon. Lucy H. Koh
                                          Judge, United States District Court