1  VICK LAW GROUP, APC
     Scott Vick (SBN 171944)
2  800 West Sixth Street, Suite 1220
   Los Angeles, California 90017
3  Telephone: (213) 784-6227
   Facsimile:  (213) 784-6226
4  E-Mail:    scott@vicklawgroup.com

5  Attorneys for Plaintiff
   HANNAFORD ENTERPRISES, LLC,
6  a Delaware Limited Liability Company

7

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 HANNAFORD ENTERPRISES, LLC, a    CASE NO.: 16-cv-04048-LHK
   Delaware limited liability company,
12
                   Plaintiff,         PLAINTIFF HANNAFORD
13                                    ENTERPRISES, LLC AND
        v.                            DEFENDANTS ROBERT R. WEAKLEY
14                                    AND INDUS HOLDING COMPANY'S
   ROBERT R. WEAKLEY, an individual,  STIPULATION FOR VOLUNTARY
15 and INDUS HOLDING COMPANY, a       DISMISSAL OF CLAIMS AGAINST
   Delaware corporation,              DEFENDANTS WITHOUT PREJUDICE
16
                   Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hannaford Enterprises, LLC (the "Hannaford"), and Defendants Robert R. Weakley ("Weakley") and Indus Holding Company ("Indus") hereby stipulate, through their respective counsel of record, to the voluntary dismissal without prejudice of Hannaford's claims in the Complaint against Defendants Weakley and Indus Holding Company.  There are no counterclaims.

Dated: October 18, 2016                Respectfully submitted,

VICK LAW GROUP, APC

_____
SCOTT VICK

SCOTT VICK  (Bar No. 171944)
(scott@vicklawgroup.com)
800 W. 6th Street, Suite 1220
Los Angeles, CA 90017
Tel:     (213) 784-6225
Fax:     (213) 784-6226

*Attorneys for Plaintiff*
*HANNAFORD ENTERPRISES, LLC*

Dated: October 18, 2016                **SPIERING, SWARTZ & KENNEDY**

_____  /s/ w/
ANDREW H. SWARTZ           permission

ANDREW H. SWARTZ  (Bar No. 58429)
(ahswartz@aol.com)
550 Hartnell Street
Monterey, CA 93940
Tel:     (831) 373-3235
Fax:     (831) 373-8211

*Attorneys for Defendant*
*ROBERT WEAKLEY*

STIPULATION FOR VOLUNTARY         -2-
DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| 1  Dated: October 18, 2016 | **BERLINER COHEN, LLP** |
| 2 | |
| 3 | *Frank R. Ubhaus* /sv w/ permission |
|   | FRANK R. UBHAUS |
| 4 | |
| 5 | FRANK R. UBHAUS  (Bar No. 46085) |
|   | (frank.ubhaus@berliner.com) |
| 6 | Ten Almaden Boulevard, Eleventh Floor |
|   | San Jose, CA 95113-2233 |
|   | Tel: (408) 286-5800 |
| 7 | Fax: (408) 998-5388 |
| 8 | *Attorneys for Defendant* |
|   | *INDUS HOLDINGS COMPANY* |

STIPULATION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

– 3 –